**FILED**

NOV 2 2 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. W17-848M |
| | ) | |
| Plaintiff, | ) | **INFORMATION** |
| | ) | [Count One: 18 U.S.C. § 641 and T.P.C. |
| v. | ) | § 12.43(a) – Theft of Government |
| | ) | Property by a Repeat Misdemeanor |
| MIRANDA C. MILLER, | ) | Offender |
| | ) | Count Two: 18 U.S.C. §§ 7(3) & 113(a)(4) |
| Defendant. | ) | – Assault by striking, beating, or |
| | ) | wounding |
| | | Count Three: 21 U.S.C. § 844 – Simple |
| | | Possession of Methamphetamine] |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 641 and T.P.C. § 12.43(a)]

On or about October 16, 2017, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, Defendant

MIRANDA C. MILLER

did embezzle, steal, purloin, and knowingly convert to her use or the use of another, property of the United States having a value not exceeding $1,000, to wit: property of the Army and Air Force Exchange Service, in violation of Title 18, United States Code, Section 641. Furthermore it is shown that the DEFENDANT was previously convicted on 10 April 2014 of Fraudulent use of identity, Social Security number, credit card, or debit card number or other identifying information to obtain thing of value, a Felony with

a maximum punishment of 5 years imprisonment, in violation of Mississippi Code Section 97-19-85 in the Circuit Court of Clay County Mississippi.

## COUNT TWO
[18 U.S.C. §§ 7(3) & 113(a)(4) & T.P.C. 12.43(a)]

On or about October 25, 2017, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, Defendant

## MIRANDA C. MILLER

did commit an assault by striking, beating, and wounding another person, to wit: her husband C.M., in violation of Title 18, United States Code, Sections 7(3) & 113(a)(4).

## COUNT THREE
[21 U.S.C. § 844]

On or about October 25, 2017, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant

## MIRANDA C. MILLER

did knowingly, intentionally, and unlawfully possess some amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 844.

RICHARD L. DURBIN JR.
United States Attorney

By: THOMAS.ERIK.ALAN.1473999192
Digitally signed by THOMAS.ERIK.ALAN.1473999192
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=USA, cn=THOMAS.ERIK.ALAN.1473999192
Date: 2017.11.22 14:10:28 -06'00'

ERIK A. THOMAS
Special Assistant U. S. Attorney